

# Court of Appeals
## Sixth Appellate District of Texas

# J U D G M E N T

Jeffery Wade Gordon, Appellant

No. 06-19-00224-CR      v.

The State of Texas, Appellee

Appeal from the 369th District Court of Cherokee County, Texas (Tr. Ct. No. 20946). Memorandum Opinion delivered by Justice Stevens, Chief Justice Morriss and Justice Burgess participating.

As stated in the Court's opinion of this date, we find there was partial error in the judgment of the court below. Therefore, we modify the trial court's judgment by deleting the order to pay attorney fees and restitution, to reflect that the amount of attorney fees and restitution owed is "$0.00," and to reflect that Jeffery Wade Gordon was convicted of a state jail felony. We also modify the clerk's bill of costs by deleting the assessment of attorney fees, court-appointed investigator fees, and video fees and to reflect that the amount of attorney fees, investigator fees, and video fees is "$0.00." As modified, we affirm the judgment of the trial court.

We note that the appellant, Jeffery Wade Gordon, has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED APRIL 21, 2020
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk